IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brown, | ) |
| Plaintiff, | ) CIV 05-2985-PHX-EHC (LOA) |
| v. | ) |
| | ) O R D E R |
| Joe Arpaio, | ) |
| Defendant. | ) |

On April 14, 2006, a Report and Recommendation was filed. (Dkt. 8).

Plaintiff's mail has been returned with the annotation "undeliverable, released." (Dkt. 5) and "Return to Sender, No Longer in Custody." (Dkt. 7). An Order issued March 24, 2006 (Dkt. 6) advising Plaintiff to notify the Court in writing of his current address pursuant to Fed.R.Civ.P. 41(b). Plaintiff has not responded.

The Court being fully advised,

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Dkt. 8).

**IT IS FURTHER ORDERED** that the complaint is dismissed without prejudice.

DATED this 8th day of December, 2006.

_____
Earl H. Carroll
United States District Judge